IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00584-WYD-MJW

BETTY POLICK,

      Plaintiff,

v.

ALLIED INTERSTATE LLC, a Minnesota limited liability company,

      Defendant.

---

## **ORDER**

---

THIS MATTER is before the Court on plaintiff, Betty Polick's, Notice Of Dismissal With Prejudice [ECF No. 8], filed on April 15, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, this action should be dismissed with prejudice.  Accordingly, it is

ORDERED that the above captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney fees and costs.

Dated: April 15, 2013.

                        BY THE COURT:

                        /s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior U.S. District Judge